# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 25-1072

**Short Case Caption** DS Advanced Enterprises, Ltd. v. Lowe's Home Centers, LLC

**Filing Party/Entity** Lowe's Home Centers, LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

DS Advanced Enterprises, Ltd. v. LEDVANCE LLC, No. 1:24-cv-11155-JEK
U.S. District Court for the District of Massachusetts

DS Advanced Enterprises, Ltd. v. Cooper Lighting LLC, No. 5:23-cv-02603-JAK-SHK
U.S. District Court for the Central District of California

☐   Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Lowe's Home Centers, LLC; LEDVANCE LLC; Cooper Lighting LLC; Home Depot USA, Inc.; Amazon.com, Inc.; and Amazon.com Services LLC

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Patrick Cummins, Cummins IP Law PLLC
Thomas P. O'Connell, O'Connell Law Office
Katherine Grayce Rubschlager, Ryan W. Koppelman, Tyler Thomas, Alston and Bird LLP
Ryan Frei, Klarquist Sparkman LLP
Daniel H. Landau, Jonathan Robert Raymond, Todd A. Sullivan, Hayes Soloway P.C.
Kyle K. Lauby, Law Offices of Kyle K. Lauby
Donald A. Vaughn, Vaughn and Vaughn

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/24/2024　　　　　　　　Signature: /s/ Scott D. Stimpson

　　　　　　　　　　　　　　　　Name: Scott D. Stimpson

Save for Filing